✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 29, 2019**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jennen, Aryn William | Docket No. | 2:18CR00202-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Aryn William Jennen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of April 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Aryn William Jennen is alleged to have smoked heroin from July 23, through July 24, 2019.

On April 17, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Jennen.  Mr. Jennen acknowledged an understanding of the conditions, which included standard condition #9.

On July 24, 2019, Mr. Jennen reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of morphine.  Mr. Jennen signed a form denying he had used morphine at that time.

On July 25, 2019, the undersigned officer contacted Mr. Jennen using his listed telephone number.  Mr. Jennen admitted that he had recently smoked heroin after he had signed paperwork to have his older child adopted.  He agreed to report to the U.S. Probation Office on July 29, 2019, to address his use of heroin.

On July 29, 2019, Mr. Jennen reported to the U.S. Probation Office, as scheduled, and met with the undersigned officer.  He admitted he smoked heroin on July 23, and July 24, 2019.  Subsequently, Mr. Jennen signed a substance abuse admission form acknowledging his use of heroin on those dates.

**Violation #2:** Aryn William Jennen is alleged to have smoked heroin and methamphetamine on July 26, 2019, and July 27, 2019.

On April 17, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Jennen.  Mr. Jennen acknowledged an understanding of the conditions, which included standard condition #9.

On July 29, 2019, Mr. Jennen reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Mr. Jennen admitted he smoked methamphetamine and heroin on July 26, and July 27, 2019.  Subsequently, Mr. Jennen signed a substance abuse admission form acknowledging his use of methamphetamine and heroin on those dates.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
**Re: Jennen, Aryn William**
**July 29, 2019**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2019

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 29, 2019
Date