PROB 12C
(6/16)

Report Date: November 14, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Aryn William Jennen           Case Number: 0980 2:18CR00202-SAB-1

Address of Offender: ███████████████  Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: January 10, 2023 |
| Defense Attorney: | Curran C. Dempsey | Date Supervision Expires: January 9, 2028 |

## PETITIONING THE COURT

To issue a summons.

On January 18, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jennen, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: On August 25, 2023, Aryn Jennen allegedly violated standard condition number 13 by failing to report as instructed.<br><br>On August 24, 2023, this officer attempted to contact Mr. Jennen, but was unsuccessful.<br><br>The next morning, on August 25, 2023, the assigned probation officer again attempted to contact the offender, but he did not answer or respond. As such, he was sent a voice and text message instructing him to check in with the undersigned officer by 10:30 a.m.<br><br>Mr. Jennen did not respond to attempts to contact him until August 28, 2023. |

Prob12C
Re: Jennen, Aryn William
November 14, 2023
Page 2

| | | |
|---|---|---|
| 2 | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming ware of a change or expected change. | |

**Supporting Evidence**: On August 25, 2023, the U.S. Probation Office (USPO) became aware that Aryn Jennen allegedly violated standard condition number 7 by failing to report a change in his employment on July 24, 2023.

In an attempt to contact the offender, the undersigned officer contacted Cole Concrete LLC on August 25, 2023. Mr. Jennen's foreman informed the undersigned that the offender was having issues with being late to work; therefore, the foreman had a stern conversation with him on July 21, 2023.

On the following Monday, July 24, 2023, Mr. Jennen was a no-call, no-show for work. Because the employer had not seen or heard from the offender since then, his employment was subsequently terminated.

3    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about August 26, 2023, Aryn Jennen allegedly violated special condition number 3 by consuming methamphetamine.

Although he had previously denied any drug use, on September 22, 2023, Aryn Jennen admitted to the use of methamphetamine, occurring on or about August 26, 2023. The offender signed an admission of use form confirming his use.

4    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about August 29, 2023, Aryn Jennen allegedly violated special condition number 3 by consuming methamphetamine.

On August 29, 2023, a sweat patch was applied to Mr. Jennen as a means of monitoring his sobriety.

On September 5, 2023, that patch was subsequently removed and sent to the lab for further testing. It should be noted that there was a hole in the outer seal of the patch, thus resulting in a determination that the patch was tampered with, but the offender denied he had tampered with the sweat patch.

Prob12C
Re: Jennen, Aryn William
November 14, 2023
Page 3

On September 15, 2023, this officer received laboratory results which determined the sweat patch worn by the offender from August 29 to September 5, 2023, was positive for amphetamine and methamphetamine. Mr. Jennen denied any illicit drug use.

5    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 7, 2023, Aryn Jennen allegedly violated special condition number 3 by consuming methamphetamine.

On September 7, 2023, a sweat patch was applied to Mr. Jennen as a means of monitoring his sobriety. Because the previous sweat patch had been punctured, an extra exterior layer was applied as an additional layer of protection for the sweat patch.

On September 12, 2023, that patch was subsequently removed and sent to the lab for further testing.

On September 22, 2023, this officer received laboratory results which determined that the sweat patch worn by the offender from September 7 to 12, 2023, was positive for methamphetamine. The only drug use that Mr. Jennen admitted to at that time was methamphetamine use on or about August 26, 2023, as alleged above.

6    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 22, 2023, Aryn Jennen allegedly violated special condition number 3 by consuming methamphetamine.

On September 22, 2023, a sweat patch was applied to Mr. Jennen as a means of monitoring his sobriety.

On September 29, 2023, that patch was subsequently removed and sent to the lab for further testing. It should be noted that there was a hole in the outer seal of the patch, thus resulting in a determination that the patch was tampered with, but the offender denied that he had tampered with the sweat patch.

On October 6, 2023, this officer received laboratory results which determined that the sweat patch worn by the offender from September 22 to 29, 2023, was positive for methamphetamine, cocaine and marijuana. Mr. Jennen denied any illicit drug use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Jennen, Aryn William
November 14, 2023
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 14, 2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

11/15/2023
Date