PROB 12C
(6/16)

Report Date: December 14, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Aryn William Jennen                Case Number: 0980 2:18CR00202-SAB-1

Address of Offender: ███████████████, Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 24, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | January 10, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | January 9, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/14/2023.

On January 18, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jennen, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about November 14, 2023, Aryn Jennen allegedly violated special condition number 3 by consuming methamphetamine and marijuana.<br><br>On November 14, 2023, a sweat patch was applied to Mr. Jennen as a means of monitoring his sobriety.<br><br>On November 21, 2023, that patch was subsequently removed and sent to the lab for further testing. |

Prob12C
Re: Jennen, Aryn William
December 14, 2023
Page 2

On December 1, 2023, this officer received laboratory results which determined the sweat patch worn by the offender from November 14 to 21, 2023, was positive for methamphetamine and marijuana. Mr. Jennen denied any illicit drug use and signed a denial of use form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

12/15/2023
Date