PROB 12C
(6/16)

# United States District Court

for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Report Date: August 12, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2025

SEAN F. McAVOY, CLERK

ECF No. 207

| | |
|---|---|
| Name of Offender: Aryn William Jennen | Case Number: 0980 2:18CR00202-SAB-1 |
| Address of Offender: ███████ Ford, Washington 99013 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 24, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | January 10, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | January 9, 2028 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 4, 2025

On January 18, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jennen, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release by using methamphetamine on or around August 10, 2025.<br><br>On August 11, 2025, Mr. Jennen reported to the probation office to submit to random urinalysis testing. While Mr. Jennen was getting ready to submit to testing, urine began spraying all over the bathroom. The undersigned officer observed a deception device being |

Prob12C
Re: Jennen, Aryn William
August 12, 2025
Page 2

used by Mr. Jennen in an attempt to pass his urinalysis test. Mr. Jennen was asked to remove the device and he complied.

Mr. Jennen was questioned about his decision to use a deception device and he admitted to consuming methamphetamine the day prior, August 10, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/12/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/12/2025
Date