PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: August 1, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 04, 2025**

SEAN F. McAVOY, CLERK

Name of Offender: Aryn William Jennen    Case Number: 0980 2:18CR00202-SAB-1

Address of Offender: ███████████████ Ford, Washington 99013

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 24, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A Baunsgard | Date Supervision Commenced: January 10, 2023 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 9, 2028 |

## PETITIONING THE COURT

To issue a summons.

On January 18, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jennen, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Jennen violated his conditions of supervised release by failing to appear for random urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT) as directed on July 14, 2025. |
| | On July 15, 2025, staff at ADEPT notified the undersigned that Mr. Jennen failed to appear for random urinalysis testing on July 14, 2025, as directed. When this was discussed with Mr. Jennen, he admitted to not showing up for his random urinalysis test because he had used controlled substances the day prior. |

Prob12C
**Re: Jennen, Aryn William**
**August 1, 2025**
**Page 2**

    2    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged Mr. Jennen violated his conditions of supervised release by using a controlled substance, methamphetamine, on July 13, and 15, 2025.

        On July 16, 2025, Mr. Jennen reported to the probation office to submit to urinalysis testing. Prior to giving a sample, Mr. Jennen admitted to using methamphetamine on two occasions, July 13, and 15, and signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/01/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Signature of Judicial Officer*

8/4/2025
Date