PROB 12C
(6/16)

Report Date: September 16, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2025

SEAN F. McAVOY, CLERK

ECF No. 223

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aryn William Jennen         Case Number: 0980 2:18CR00202-SAB-1

Address of Offender: ███████████████ Ford, Washington 99013

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 24, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | January 10, 2023 |
| Defense Attorney: | Adrian Lindsay Fox | Date Supervision Expires: | January 9, 2028 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 4, and 12, 2025.

On January 18, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jennen, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release by using methamphetamine between the following dates: August 25, and September 2, 2025. |
| | On August 25, 2025, Mr. Jennen appeared before the Honorable James A. Goeke, U.S. Magistrate Judge, for the purpose of an initial appearance. Mr. Jennen was ordered to the probation office to have a sweat patch placed on his person for an additional level of |

Prob12C
Re: Jennen, Aryn William
September 16, 2025
Page 2

accountability to monitor his illicit drug use. The sweat patch was removed on September 2, 2025, and submitted to the laboratory for further testing. On September 11, 2025, the results of the sweat patch yielded a positive finding for the presence of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/16/2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/17/2025
Date