PROB 12C
(6/16)

Report Date: August 14, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2026

SEAN F. McAVOY, CLERK

ECF No. 253

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aryn William Jennen Case Number: 0980 2:18CR00202-SAB-1

Address of Offender: [redacted] Ford, Washington 99013

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 24, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 23, 2026) | Prison - 1 day<br>TSR - expiring 01/09/2028 | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 19, 2026 |
| Defense Attorney: | Katie Elizabeth Kitchen | Date Supervision Expires: January 9, 2028 |

---

### PETITIONING THE COURT

To issue a warrant.

On April 17, 2026, Mr. Jennen signed his conditions of supervised release acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release, by using a controlled substance, methamphetamine, on or around June 23, 2026.<br><br>On June 23, 2026, Mr. Jennen submitted to urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT) and the urine sample returned positive for the presence of methamphetamine. |

2 **Special Condition #**3 You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release, by using a controlled substance, methamphetamine, on or around July 2, 2026.

On July 2, 2026, Mr. Jennen submitted to urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT) and the urine sample returned positive for the presence of methamphetamine.

3 **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release, by using a controlled substance, methamphetamine, on or around July 16, 2026.

On July 16, 2026, Mr. Jennen submitted to urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT) and the urine sample returned positive for the presence of methamphetamine.

4 **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release, by using a controlled substance, methamphetamine, on or around July 18, 2026.

On July 22, 2026, Mr. Jennen reported to the U.S. Probation Office to submit to random urinalysis testing. Prior to testing, Mr. Jennen reported to using methamphetamine on July 18, 2026, and signed an admission form.

5 **Special Condition #14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Jennen is in violation of his conditions of supervised release, by using a controlled substance, methamphetamine, on or around August 13, 2026.

On August 12, 2026, the undersigned officer was at Mr. Jennen's residence for the purpose of conducting a search. Mr. Jennen reported using methamphetamine prior to this officer's arrival on August 13, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 14, 2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

8/17/2026

Date